IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| USA ex rel RAYMOND JACOBS, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-817-JJF |
| COMMISSIONER SOCIAL SECURITY ADMINISTRATION, | : |
| Defendant. | : |

O R D E R

WHEREAS, a summons was issued for Defendant by the Court in the above-captioned case on July 14, 2004;

NOW THEREFORE, IT IS HEREBY ORDERED this 22 day of July 2005, that Plaintiff show cause in writing **within twenty (20) days of the date of this Order** why this case should not be dismissed for failure to serve process within 120 days of filing the Complaint pursuant to Federal Rule of Civil Procedure 4(m).

_____
UNITED STATES DISTRICT JUDGE