IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

USA ex rel RAYMOND JACOBS,  :
:
    Plaintiff,  :
:
v.  :  Civil Action No. 04-817-JJF
:
COMMISSIONER SOCIAL SECURITY  :
ADMINISTRATION,  :
:
    Defendant.  :

**O R D E R**

WHEREAS, the Court issued an Order dated July 22, 2005, requiring Plaintiff to show cause within twenty days why the above-captioned action should not be dismissed for failure to serve process within 120 days of the filing the Complaint pursuant to Federal Rule of Civil Procedure 4(m);

WHEREAS, Plaintiff has failed to file a response to the Court's Order;

NOW THEREFORE, IT IS HEREBY ORDERED this 22 day of August 2005, that the above-captioned action is **DISMISSED WITHOUT PREJUDICE**.

                                                /s/ Joseph J. Farnan
                                        UNITED STATES DISTRICT JUDGE